No. 94–6326. BRANCH *v.* UNITED STATES ET AL. Sup. Ct. Wis. Certiorari denied.

No. 94–6327. COUCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6336. ANKOMAH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6339. MALBROUGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6346. GALBAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6349. KORANDO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6354. MAYS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6365. MINH DO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6368. ENGLISH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6375. KINARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6383. WINZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6385. TATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6388. COUNCIL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6389. COLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6392. DIGIANNI *v.* SEARS, ROEBUCK & CO. C. A. 2d Cir. Certiorari denied.

No. 94–6396. NOSAIR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.